1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LARRY D. ALEXANDER,

11           Plaintiff,              No. 03-CV-1014 LKK KJMP

12      vs.

13   LT. PLAINER, et al.,

14           Defendants.            ORDER

15   _____/

16           On June 13, 2005, plaintiff filed an "ex parte motion for appointment of counsel."

17   The United States Supreme Court has ruled that district courts lack authority to require counsel

18   to represent indigent prisoners in § 1983 cases.  Mallard v. United States Dist. Court, 490 U.S.

19   296, 298 (1989).  In certain exceptional circumstances, the court may request the voluntary

20   assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017

21   (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present

22   case, the court does not find the required exceptional circumstances.  Plaintiff's request for the

23   appointment of counsel will therefore be denied.

24   /////

25   /////

26   /////

1

1      Accordingly, IT IS HEREBY ORDERED that plaintiff's request for the

2  appointment of counsel is denied.

3  DATED:  August 5, 2005.

4

5                                         _____
                                          UNITED STATES MAGISTRATE JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25  /kf
    alex1014.31
26