UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LARRY D. ALEXANDER,

        Plaintiff,

   v.

L.T. PLAINER, et al.,

        Defendants.

                                                    NO. CIV. S-03-1014 LKK/KJM P

O R D E R

On May 10, 2004, defendants filed a motion to dismiss in the above-captioned case.  On July 14, 2004, defendants filed an identical motion to dismiss, adding a recently-served defendant Nichols.  By order filed, August 15, 2005, this court denied defendants' July 14, 2004 motion to dismiss.  Accordingly, the May 10, 2004 duplicative motion to dismiss is likewise DENIED.

    IT IS SO ORDERED.

    DATED: September 8, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT