IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY D. ALEXANDER,

        Plaintiff,                  No. CIV S-03-1014 LKK KJM P

    vs.

LT. PLAINER, et al.,

        Defendants.           <u>ORDER</u>

_____/

        Plaintiff has filed documents entitled "request for admission," "interrogatories" "items to produce" and "request for production."  Plaintiff is informed that court permission is not necessary for discovery requests and that neither discovery requests served on an opposing party nor that party's responses should be filed until such time as a party becomes dissatisfied with a response and seeks relief from the court as provided by the Federal Rules of Civil Procedure and the Local Rules.  Discovery requests between the parties shall not be filed with the court unless, and until, they are at issue.

/////

/////

/////

/////

1

1          Accordingly, IT IS HEREBY ORDERED that plaintiff's October 25, 2005,

2    "request for admission," "interrogatories" and "items to produce"and his November 21, 2005

3    "request for production" will be placed in the court file and disregarded.  Plaintiff is cautioned

4    that further filing of discovery requests or responses, except as required by rule of court, may

5    result in an order of sanctions, including, but not limited to, a recommendation that this action be

6    dismissed.

7    DATED:  December 5, 2005.

8

9    _____

     UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14   2/kf
     alex1014.411

15

16

17

18

19

20

21

22

23

24

25

26

2