IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRY D. ALEXANDER,**<br><br>                              Plaintiff,<br><br>v.<br><br>**LIEUTENANT PLAINER, et al.,**<br><br>                              Defendants. | CIV S-03-1014 LKK KJM<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS (SET ONE) AND FIRST REQUEST FOR INTERROGATORIES AND ADMISSIONS** |

Defendants' first request for an extension of time to file their responses to plaintiff's First Request for Production of Documents, First Request for Interrogatories and Admissions was considered by this Court, and good cause appearing,

IT IS HEREBY ORDERED, that from the date this order is served, defendants have 30 days to file their responses to plaintiff's first set of interrogatories and first requests for production of documents and admissions.

Dated: January 9, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

Order Granting Extension of Time for Defendants to Respond to Plaintiff's First Sets of Interrogatories, Requests for Production of Documents and Admissions

1