IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY D. ALEXANDER,

    Plaintiff,               No. CIV S-03-1014 LKK KJM P

    vs.

Lt. PLAINER, et al.,

    Defendants.        <u>ORDER</u>

                                /

        On January 6, 2006, plaintiff filed a motion to compel discovery. However, on January 3, 2006, defendants filed a motion for additional time in which to respond to plaintiff's discovery requests, which this court has granted for good cause. In light of the court's order, plaintiff's motion is moot.

        IT IS HEREBY ORDERED that plaintiff's January 6, 2006 motion to compel discovery is denied without prejudice.

DATED: January 9, 2006.

                                          UNITED STATES MAGISTRATE JUDGE

2 alex1014.mtc

1