IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRY D. ALEXANDER,**<br><br>                                    Plaintiff,<br><br>v.<br><br>**LIEUTENANT PLAINER, et al.,**<br><br>                                    Defendants. | CIV 2:03-cv-1014-LKK-KJM P<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S FIRST REQUEST FOR INTERROGATORIES AND ADMISSIONS** |

Defendants' second request for an extension of time to file their responses to plaintiff's First Request for Interrogatories and Admissions was considered by this Court, and good cause appearing,

IT IS HEREBY ORDERED, that from the date this order is served, defendants have 30 days, to file their response to plaintiff's interrogatories and admissions.

Dated: February 17, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

30088080.wpd