IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRY D. ALEXANDER,**<br><br>            Plaintiff,<br><br>    v.<br><br>**LIEUTENANT PLAINER, et al.,**<br><br>            Defendants. | No. 2:03-cv-1014 LKK KJM<br><br>**ORDER** |

GOOD CAUSE APPEARING, this court grants the parties an extension of time totaling 60 days, to and including May 16, 2006, to serve and file their Motions for Summary Judgment.

The remaining dates in the scheduling order of September 23, 2005 are vacated, to be reset if necessary, after the resolution of the dispositive motions.

**IT IS SO ORDERED.**

DATED: March 16, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

Order

1