IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY ALEXANDER,

      Plaintiff,                    No. CIV S-03-1014 LKK KJM P

   vs.

Lt. PLAINER, et al.,

      Defendants.          ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action seeking relief under 42 U.S.C. § 1983.

        Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel under 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's February 24, 2006 motion for the appointment of counsel will therefore be denied.

1         On March 15, 2006, plaintiff filed a motion to stay the proceedings and for leave
2  to amend his complaint.  Plaintiff's motion was not, however, accompanied by a proposed
3  amended complaint.  As a litigant proceeding in forma pauperis, plaintiff's pleadings are subject
4  to evaluation by this court under the in forma pauperis statute.  <u>See</u> 28 U.S.C. § 1915.  Because
5  plaintiff did not submit a proposed amended complaint, the court is unable to evaluate it.
6  Plaintiff's motion for leave to amend must therefore be denied.   Moreover, because plaintiff has
7  requested the stay in order to pursue the amended complaint, it, too, will be denied.
8         Accordingly, IT IS HEREBY ORDERED that
9         1.  Plaintiff's February 24, 2006 motion for the appointment of counsel is denied.
10        2.  Plaintiff's March 15, 2006 motion for a stay and for leave to amend is denied.
11 DATED:  May 16, 2006.

_____
UNITED STATES MAGISTRATE JUDGE