IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRY D. ALEXANDER,** | Case No. 2:03-CV-1014 LKK KJM (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **LIEUTENANT PLAINER, et al.,** | |
| Defendants. | |

Defendants have requested a 20-day extension of time, to and including June 5, 2006, to file their motion for summary judgment. The court finds good cause and grants the request. The parties shall file their motions for summary judgment, if any, on or before June 5, 2006.

Dated: May 16, 2006.

_____
UNITED STATES MAGISTRATE JUDGE