IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY ALEXANDER,

    Plaintiff,                    No. CIV S-03-1014 LKK KJM P

    vs.

LT. PLAINER, et al.,

    Defendants.               ORDER

_____/

    Plaintiff has requested an extension of time to file and serve an opposition to defendants' June 2, 2006 motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's June 8, 2006 request for an extension of time is granted; and

    2. Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition to defendants' June 2, 2006 motion for summary judgment. Defendants' reply, if any, shall be filed ten days thereafter.

DATED: July 6, 2006.

UNITED STATES MAGISTRATE JUDGE

/mp alex1014.36