IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY ALEXANDER,

     Plaintiff,                       No. CIV S-03-1014 LKK KJM P

     vs.

LIEUTENANT PLAINER, et al.,

     Defendants.          <u>ORDER</u>

                                     /

          Plaintiff is a state prison inmate proceeding pro se with a civil rights action under 42 U.S.C. § 1983. On June 8, 2007, plaintiff filed his third motion for the appointment of counsel. Plaintiff's previous motions were filed on June 13, 2005 and February 24, 2006. All motions were denied. In light of those orders, and the court's determination that there has been no material change in the relevant factors, plaintiff's June 8, 2007 motion for the appointment of counsel is denied.

          This case is now ready to be set for trial. Plaintiff filed his pretrial statement on June 14, 2006. Should he wish to file an amended or updated pretrial statement, he should do so by November 13, 2007, along with any motions necessary to obtain the attendance of witnesses at trial, in accordance with the instructions in the scheduling order issued September 23, 2005. Defendants' pretrial statement should be filed by November 27, 2007.

1

1        Pretrial conference (as described in Local Rule 16-282) is set in this case for
2    December 4, 2007, before the magistrate judge. The pretrial conference shall be conducted on
3    the file only, without appearance by either party.
4        Trial confirmation will be held on January 14, 2008 at 11:30 a.m. before the
5    Honorable Lawrence K. Karlton in Courtroom Four.  Plaintiff will appear by videoconferencing.
6        Trial will begin on April 15, 2008 at 10:30 a.m. before the Honorable Lawrence
7    K. Karlton in Courtroom Four.
8        IT IS SO ORDERED.
9    DATED:  October 18, 2007.

_____
U.S. MAGISTRATE JUDGE

2

alex1014.sch