## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

LARRY D. ALEXANDER,

        Plaintiff,                      No. CIV S-03-1014 LKK KJM P

vs.

LIEUTENANT PLAINER, et al.,

        Defendants.            **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

        Larry D. Alexander, inmate # K-61435, a necessary and material witness in proceedings in this case on January 14, 2008, is confined in Corcoran State Prison, 4001 King Avenue, PO Box 8800, Corcoran, California, 93212-8309, in the custody of the Warden, Derral G. Adams; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Lawrence K. Karlton, to appear by video-conferencing at Corcoran State Prison, January 14, 2008, at 11:30 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

        2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden Derral G. Adams, Corcoran State Prison, 4001 King Avenue, PO Box 8800, Corcoran, California, 93212-8309:**

        **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: December 4, 2007.

                                                        U.S. MAGISTRATE JUDGE

/mp
alex1014.841lkktch