IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY ALEXANDER,

    Plaintiff,                   No. CIV S-03-1014 LKK KJM P

    vs.

LIEUTENANT PLAINER, et al.,

    Defendants.            <u>ORDER</u>

                             /

          This matter was on calendar on January 14, 2008 for trial confirmation hearing. Plaintiff appeared in pro per via videoconferencing; Anthony O'Brien, Deputy Attorney General, appeared for defendants Aguilera, Cook, Iannone, Nichols, Plainer, and Stiles.

          After hearing, IT IS HEREBY ORDERED that:

          1. Trial is confirmed for April 15, 2008 at 10:30 a.m. before the Honorable Lawrence K. Karlton in Courtroom Four, 501 I Street, Sacramento, California;

          2. Defendants may present the testimony of MTA Winters and Dr. Rohlfing by affidavit;

          3. Within ten days of the date of this order, plaintiff may file a motion to reconsider the magistrate judge's denial of plaintiff's motion to inspect the officer defendants'

1

1 files for any past complaints of excessive force or false statements.[1]  Defendants' opposition to
2 the motion to reconsider, if any, is due ten days after the filing of the motion.
3 DATED: January 14, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] In California criminal practice, this is called a "Pitchess motion." Pitchess v. Superior Court, 11 Cal.3d 531 (1974); see Cal. Evid. Code §§ 1043-1045; Cal. Penal Code §§ 832.7 & 832.8.

2