UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
┌─────────────────────────────┐
│ FILED                       │
│ April 21, 2008              │
│ CLERK, US DISTRICT COURT    │
│ EASTERN DISTRICT OF         │
│ CALIFORNIA                  │
│ ─────────────────────────── │
│ DEPUTY CLERK                │
└─────────────────────────────┘
```

JUDGMENT IN A CIVIL CASE

Larry D. Alexander

                   v.                CASE NUMBER: CIV S-03 - 1014 LKK

Plainer, et al

XX --    **Jury Verdict**. This action came before the Court for Trial by Jury. The issues have been tried and the jury has rendered its verdict.

    IT IS ORDERED AND ADJUDGED

        THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE
        WITH THE JURY VERDICT RENDERED April 17, 2008.

                                                      VICTORIA C. MINOR,
                                                      CLERK OF COURT

ENTERED:    April 21, 2008

                                                      by: /s/ M. Marciel_____
                                                      M. Marciel, Deputy Clerk