IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY ALEXANDER,

        Plaintiff,                   No. CIV S-03-1014 LKK KJM P

    vs.

LIEUTENANT PLAINER, et al.,

        Defendants.           ORDER

_____/

        Plaintiff has requested an extension of time to file a notice of appeal following the entry of judgment on April 21, 2008. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's request for an extension of time (docket no. 160) is granted; and

        2. Plaintiff's notice of appeal must be filed no later than June 20, 2008.

DATED: May 30, 2008.

_____
U.S. MAGISTRATE JUDGE

1