UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY ALEXANDER,

        Plaintiff,

  v.

LIEUTENANT PLAINER, et al.,

        Defendants.

/

NO. CIV. S-03-1014 LKK/KJM P

O R D E R

A trial was held in this case in April 2008. On March 23, 2009, the plaintiff filed a request for a copy of the list of jurors empaneled in his trial. Upon review of the plaintiff's claims, it does not appear that a list of the jurors' names is needed in order for him to pursue his appeal. Accordingly, his request is DENIED.

On April 21, 2009, Diamond Court Reporters filed with the court a set of documents that had been delivered to it by the Postal Service after having been found loose in the mail. Among these documents is plaintiff's request for a copy of his trial

1

transcript at the government's expense and memorandum of points and authorities thereto. Upon review, it appears that the appeal is not frivolous. See 28 U.S.C. § 753(f). Accordingly, plaintiff's request for a copy of the trial transcript at the government's expense, Doc. No. 169, is GRANTED.

IT IS SO ORDERED.

DATED: May 28, 2009.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT