UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY ALEXANDER,

        Plaintiff,

   v.

LIEUTENANT PLAINER, et al.,

        Defendants.

                                    /

NO. CIV. S-03-1014 LKK/KJM P

O R D E R

On May 29, 2009, the court granted plaintiff's request to receive a copy of his trial transcript at the expense of the government. The court AMENDS that order as follows: "The court reporter is directed to redact the names of the members of the jury panel from the transcript. The reporter shall refer to them throughout the transcript by the individual's first and last initials. If two individuals have the same first and last initials, the court reporter shall also include each individual's middle initial."

////

1

1   IT IS SO ORDERED.

2   DATED: June 4, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2